## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE, OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Docket No.**   3:08-CR-00292-AA-1 |
| **PLAINTIFF,** | |
| | **REENTRY COURT ORDER** |
| **v.** | AMENDED |
| **ERIC WAYNE BURGESS** | |
| **DEFENDANT.** | |

You have been found in violation.   Accordingly, the Reentry Court Team imposes the following sanction(s):

☐ Judicial reprimand in open court today.

☐ Attend all Reentry Court proceedings.

☐ Return to the U.S. Courthouse on _____ to observe the following proceeding(s):
_____.

☐ Provide a written _____-page explanation for noncompliant behavior, as directed.

☐ Complete _____ hours of community service as directed.

☐ Comply with the following curfew restrictions or home confinement:
_____

☐ The defendant shall reside in and satisfactorily participate in a residential reentry center to include a prerelease component, if determined appropriate by the residential reentry center manager and the U.S. Probation Officer, for up to 120 days or until discharged by the residential reentry center manager and the U.S. Probation Officer.

☐ Complete _____ days at _____.

☐ Serve _____ days jail, to be released/reviewed on _____.

☐ Other (*See Attached.*)

☒ Termination from the Reentry Court Program.

☐ Changes in current treatment: _____
_____.

All previously-imposed terms and conditions of your probation or supervised release remain in effect, unless expressly noted otherwise.

Dated this __5__ day of May, 2016.

_____
Ann Aiken
Chief U.S. District Court Judge